FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00539-CR

Jesus Pena **FLORES**, III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-04-0179-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

On January 25, 2023, appellant filed a motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than February 21, 2023**. *Further requests for extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court